AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida ▼

FILED BY _____ D.C.
SEP 25 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

James Kozubal

*Plaintiff(s)*

v.

Resurgent CapitalServices L.P d/b/a LVNV Funding LLC

*Defendant(s)*

Civil Action No. 4:24-cv-10073-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Resurgent Capital ServicesL.P d/b/a LVNV Funding LLC

1201 Hays street Talahassee Fl 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James Kozubal
101 Caloosa St Apt 5, Tavernier Fl, 33070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Sep 25, 2024

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court